```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERESA HUDSON JORDAN and JANE DOE,

                Plaintiffs,

-v.-

DELTA AIR LINES, INC.,

                Defendant.

25 Civ. 2468 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    Plaintiffs initiated this action by filing a Complaint on March 26, 2025. One of the Plaintiffs apparently seeks to proceed under a pseudonym, as the Complaint identifies her as "Jane Doe." Pursuant to Rule 6.14(b) S.D.N.Y. Electronic Case Filing Rules & Instructions ("ECF Rules"), such a proceeding must be commenced as a miscellaneous case with leave of Court to proceed using a pseudonym.

    It is hereby ORDERED that this action is dismissed for failure to comply with ECF Rule 6.14(b). Plaintiffs may commence a new action in accordance with ECF Rule 6.14(b). Plaintiffs are referred to the ECF Help Desk and/or the Clerk's Office for procedural assistance in that regard.

    The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: March 27, 2025
       New York, New York

                                          _____
                                          JENNIFER H. REARDEN
                                          United States District Judge